**Ralph Edward MADRIGAL, petitioner, Appellant,**

v.

**STATE of Minnesota, Respondent.**

No. 48395.

Supreme Court of Minnesota.

July 7, 1978.

C. Paul Jones, Public Defender, Gregory A. Gaut, Asst. Public Defender, Minneapolis, for appellant.

Warren Spannaus, Atty. Gen., Thomas L. Fabel, Deputy Atty. Gen., St. Paul, Bob A. Goldman, County Atty., Albert Lea, for respondent.

PER CURIAM.

Petitioner, whose conviction for aggravated assault, Minn.St. 609.225, was based upon a plea of guilty, contends upon this appeal from an order denying postconviction relief that he should be permitted to withdraw his plea because the record does not contain an adequate factual basis for the plea. After examining the record, we conclude that there is no merit to this contention. Accordingly, we affirm.

Affirmed.